UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------X
In re Application Pursuant to 28 U.S.C. § 1782 of
BSG RESOURCES LIMITED

                                Petitioner,

- to take discovery of -

CHARLES N. BROWER and MICHAEL DALY,

                                Respondents.
------------------------------------------------------------X

Case: 1:16-mc-02552
Assigned To : Howell, Beryl A.
Assign. Date : 12/20/2016
Description: Misc.

ECF CASE

## MOTION TO FILE UNDER SEAL

Pursuant to Local Civil Rule 5.1(h), petitioner BSG Resources Limited ("Petitioner") hereby moves this court for an order permitting all documents in the above-captioned proceeding be filed under seal. In support of its motion, Petitioner states as follows:

1. In the above-captioned action, Petitioner seeks an order pursuant to 28 U.S.C. § 1782 for discovery in aid of a foreign judicial proceeding ("Application").

2. The Application is being filed in support of a claim in the High Court of England and Wales, captioned <u>BSG Resources Limited v. (1) Vale S.A. (2) Mr. David Williams Q.C. (3) Mr. Michael Hwang S.C. (4) Mr. Filip De Ly</u>, Case No. CL-2016-000617 (Q.B.) ("UK Action"). The UK Action, in turn, relates to a proceeding currently pending in the London Court of International Arbitration ("LCIA"). *See* Decl. of Vincent Filardo, Jr., Esq. in Support of Motion to File under Seal, dated Dec. 15, 2016 ("Filardo Decl."), at ¶ 3.

3. Rule 30.1 of the 1998 LCIA Arbitration Rules provides:

> Unless the parties expressly agree in writing to the contrary, the parties undertake as a general principle to keep confidential all awards in their arbitration, together with all materials in the

proceedings created for the purpose of the arbitration and all other documents produced by another party in the proceedings not otherwise in the public domain - save and to the extent that disclosure may be required of a party by legal duty, to protect or pursue a legal right or to enforce or challenge an award in bona fide legal proceedings before a state court or other judicial authority.

See http://www.lcia.org/Dispute_Resolution_Services/LCIA_Arbitration_Rules.aspx#article30.

4. Furthermore, all documents in the UK Action presently sealed and may only be accessed with permission of the court. See Filardo Decl. at ¶ 5.

5. In support of the Application, Petitioner is filing the Declaration of James L. Libson and exhibits thereto, which includes documents and information that is under seal in the UK Action. The Petition and Memorandum of Law in support of the Application also contain information from these sealed documents. See id. at ¶ 6.

6. Opposing counsel in the UK Action and the LCIA arbitration has been notified of the Application and has requested that Petitioner file the Application and all supporting documents under seal. See id. at ¶ 7.

7. Accordingly, Petitioner seeks to seal all of the documents filed in this proceeding.

WHEREFORE, Petitioner moves the court to enter an order allowing the filing of documents in this proceeding under seal.

Dated: New York, New York
December 15, 2016

        Respectfully submitted,

        MISHCON DE REYA NEW YORK LLP

        By: */s/Vincent Filardo, Jr.*
            Vincent Filardo, Jr.
            (*pro hac vice* application pending)

        156 Fifth Ave., Suite 904
        New York, New York 10010
        Telephone: (212) 612-3270
        Facsimile: (212) 612-3297
        vincent.filardo@mishcon.com

        Edward B. MacMahon, Jr.
        EDWARD B. MACMAHON, JR., PLC
        2600 Pennsylvania Avenue, NW, Suite 6A
        Washington, DC  20037
        Telephone:  202-775-1307
        ebmjr@macmahon-law.com

        *Attorneys for Petitioner BSG Resources Limited*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------x
In re Application Pursuant to 28 U.S.C. § 1782 of :
BSG RESOURCES LIMITED                              :  Civil Action No. _____
                                                   :
                              Petitioner,          :  ECF CASE
                                                   :
        - to take discovery of -                   :
                                                   :
CHARLES N. BROWER and MICHAEL DALY,                :
                                                   :
                              Respondents.         :
                                                   :
------------------------------------------------------------x

### DECLARATION OF VINCENT FILARDO, JR., ESQ.
### IN SUPPORT OF MOTION TO FILE UNDER SEAL

   I, **VINCENT FILARDO, JR.**, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

   1.   I am an attorney licensed to practice in the State of New York and my application to be admitted *pro hac vice* in this Court is pending. I am a Partner with the law firm of Mishcon de Reya New York LLP, counsel to petitioner BSG Resources Limited ("BSGR" or "Petitioner") in the above captioned proceeding. I respectfully submit this Declaration in support of an application to have documents filed in the matter filed under seal.

   2.   Petitioner seeks an order pursuant to 28 U.S.C. § 1782 for discovery in aid of a foreign judicial proceeding ("Application").

   3.   The Application is being filed in support of a claim in the High Court of England and Wales, captioned <u>BSG Resources Limited v. (1) Vale S.A. (2) Mr. David Williams Q.C. (3) Mr. Michael Hwang S.C. (4) Mr. Filip De Ly</u>, Case No. CL-2016-000617 (Q.B.) ("UK Action"). The UK Action, in turn, relates to a proceeding currently pending in the London Court of International Arbitration ("LCIA").

4.   Rule 30.1 of the 1998 LCIA Arbitration Rules provides:

> Unless the parties expressly agree in writing to the contrary, the parties undertake as a general principle to keep confidential all awards in their arbitration, together with all materials in the proceedings created for the purpose of the arbitration and all other documents produced by another party in the proceedings not otherwise in the public domain - save and to the extent that disclosure may be required of a party by legal duty, to protect or pursue a legal right or to enforce or challenge an award in bona fide legal proceedings before a state court or other judicial authority.

See http://www.lcia.org/Dispute_Resolution_Services/LCIA_Arbitration_Rules.aspx#article30.

5.   Additionally, I am informed by my London colleagues that all documents in the UK Action are under seal and may only be accessed with permission of the court.

6.   In support of the Application, Petitioner is filing the Declaration of James L. Libson and exhibits thereto, which includes documents and information that is under seal in the UK Action. The Petition and Memorandum of Law in support of the Application also contain information from these sealed documents.

7.   I have also been informed by my London colleagues that opposing counsel in the UK Action and the LCIA arbitration has been notified of the Application and has requested that Petitioner move to file the Application and all supporting documents under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of December 2016.

                                                                           _/s/Vincent Filardo, Jr._
                                                                            Vincent Filardo, Jr.