UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x

In re Application Pursuant to 28 U.S.C. § 1782 of
BSG RESOURCES LIMITED

Petitioners,

- to take discovery of -

CHARLES N. BROWER and MICHAEL DALY,

Respondent.

------------------------------------------------------------x

Case: 1:16-mc-02552
Assigned To : Howell, Beryl A.
Assign. Date : 12/20/2016
Description: Misc.

ECF CASE

[PROPOSED] ORDER ~~GRANTING~~ **DENYING** MOTION TO SEAL

WHEREAS, a motion having been made by BSG Resources Limited ("Petitioner") to seal all documents filed in connection with its application for an Order pursuant to 28 U.S.C. § 1782,

NOW, for good cause shown, the Court hereby ~~GRANTS~~ **DENIES** the motion in its entirety; and it is hereby

ORDERED that all documents in this proceeding shall **NOT** be sealed.

Signed this 19th day of December, 2016.

_____
Beryl A. Howell
Chief ~~United States District~~ Judge
District Court for the District of Columbia

This motion fails to address factors necessary for sealing of judicial records. U.S. v. Hubbard, 650 F.2d 293 (D.C. Cir. 1980).

Legal1us.323031.1                                     1