UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------x

In re Application Pursuant to 28 U.S.C. § 1782 of :
BSG RESOURCES LIMITED
c/o MISHCON DE REYA NEW YORK LLP
156 Fifth Ave., Suite 904
New York, NY  10010

Case No.  1:16-mc-02552-BAH

ECF Case

Petitioner,

- to take discovery of -

CHARLES N. BROWER
c/o White & Case
701 13th Street, N.W., Suite 600
Washington, D.C. 20005

and

MICHAEL DALY
2509 17th Street, N.W., Apt. 3
Washington, D.C. 20009-8835

Respondents.

------------------------------------------------------------x

## PETITION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 COMPELLING DISCOVERY IN AID OF A FOREIGN JUDICIAL PROCEEDING

MISHCON DE REYA NEW YORK LLP
156 Fifth Ave., Suite 904
New York, NY  10010
(212) 612-3270 (phone)
(212) 612-3297 (fax)

*Attorneys for Petitioner
BSG Resources Limited*

Petitioner BSG Resources Limited ("BSGR" or "Petitioner") hereby moves the Court for an Order, pursuant to 28 U.S.C. § 1782 ("Petition"), compelling respondent Mr. Charles N. Brower ("Brower") and Mr. Michael Daly ("Daly," and together with Brower, "Respondents"), both natural persons who can be found within the jurisdiction of the Court, each to produce documents and appear for a deposition in accordance with the subpoenas (together, "Subpoenas"), attached as Exhibits A and B to the Declaration of Vincent Filardo, Esq., dated December 21, 2016 ("Filardo Decl."), for purposes of aiding discovery in connection with certain foreign civil proceedings pending in the High Court of Justice in London, United Kingdom.

In further support of this Application, Petitioner also submits the Declaration of James Libson, Esq., dated December 9, 2016 ("Libson Decl."), the exhibits annexed thereto, and Memorandum of Law in Support of the Petition ("Memorandum").

## INTRODUCTION

1. This Application is brought under the laws of the United States of America and pursuant to 28 U.S.C. § 1782. It seeks an Order compelling the production of documents in aid of a civil action commenced on October 7, 2016, in the High Court of Justice, Queen's Bench Division, Commercial Court, London, United Kingdom, captioned <u>BSG Resources Limited v. (1) Vale S.A. (2) Mr David AR Williams Q.C. (3) Mr Michael Hwang S.C. (4) Mr Filip De Ly</u>, Case No. CL-2016-000617 ("UK Action").

2. The UK Action seeks the removal of Mr. Williams and Mr. Hwang as co-arbitrators in an arbitration between the Petitioner and Vale S.A. on the basis that they refused or failed properly to conduct the proceedings by delegating their roles to the Secretary of the Tribunal, and as a result a substantial injustice has been, or will be, caused to the Petitioner.

3.      Specifically, the UK Action alleges that Brower, the former Chairman of the underlying arbitration, had an active role in the improper delegation of duties to Daly, the arbitration tribunal secretary.

4.      Further, the UK Action alleges that Daly, the arbitration tribunal secretary, wielded undue influence over the arbitration tribunal.

5.      Both Brower and Daly are central participants in the allegations of the UK Action, and the documents in their possession are extremely important to the adjudication of Petitioner's claims in the UK Action. However, neither Brower nor Daly are present in the United Kingdom, thus it is necessary to bring this application here in his home District so that this important and necessary discovery can be obtained.

## PARTIES

6.      Petitioner BSGR is an international diversified mining company incorporated in Guernsey. It employs over 8,000 people and has operations in fourteen countries in Africa and Eastern Europe involving the mining and production of ferro-nickel, diamonds, copper, iron ore, and gold. BSGR is also active in the production and exploration of oil and gas, and in power generation in Nigeria. BSGR is a subsidiary of BSG Investments, Ltd. ("BSG"), a foundation with interests across the world in natural resources, real estate, capital markets, and the diamond industry. BSGR's head office is located at West Wing Frances House, Sir William Place, St. Peter Port, Guernsey GY1 GX.

7.      Upon information and belief, Respondent Brower is a resident of Washington, D.C., who maintains a private residence located at 412 New Jersey Ave., S.E., Washington, D.C. 20003-4008, and a principal place of business at 701 13th Street, N.W., Suite 600, Washington, D.C. 20005.

8. Upon information and belief, Respondent Daly is a resident of Washington, D.C. who maintains a private residence located at 2509 17th Street, N.W., Apartment 3, Washington, D.C. 20009-8835, and a principal place of business at 2000 H Street, N.W., Washington, D.C. 20052.

### JURISDICTION AND VENUE

9. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 and 1782.

10. Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391(b)(1) and 1782 because, upon information and belief, Respondents are residents of and may be found in this Judicial District.

### FACTUAL BACKGROUND

11. A complete recitation of facts is set forth in the accompanying Memorandum, which is incorporated herein by reference.

12. Petitioner is a claimant in the UK Action.

13. The UK Action stems from refusal or failure of co-arbitrators to an LCIA arbitration, of which Brower was removed as Chairman, to properly conduct the proceedings by delegating their roles to Daly. As a result, a substantial injustice has been, or will be, caused to the Petitioner.

14. As demonstrated in the accompanying Memorandum and Libson Declaration, Respondents have information relevant to the UK Action.

### PETITION FOR AN ORDER COMPELLING DISCOVERY IN AID OF A FOREIGN JUDICIAL PROCEEDING PURSUANT TO 28 U.S.C. § 1782

15. Petitioner seeks an Order compelling the Respondents to produce documents for use in the UK Action. Accordingly, Petitioner is asserting a cause of action within the meaning of 28 U.S.C. § 1782.

16. As set forth more fully in Petitioner's supporting Memorandum, this Petition meets the requirements of 28 U.S.C. § 1782. First, upon information and belief, Brower resides in this District at

412 New Jersey Ave., S.E., Washington, D.C. 20003-4008, and maintains a principal place of business located at 701 13th Street, N.W., Suite 600, Washington, D.C. 20005, and Daly resides in this District at 2509 17th Street, N.W., Apartment 3, Washington, D.C. 20009-8835, and has a principal place of business at 2000 H Street, N.W., Washington, D.C. 20052. Therefore, the Respondents are residents and may be found in the District in which this Court is located, and where this Petition is made.

17. Second, the discovery sought pursuant to this Petition is for use in a foreign proceeding, namely the UK Action which is pending before the High Court of Justice in the United Kingdom. The High Court is a foreign tribunal within the meaning of 28 U.S.C. § 1782.

18. Finally, as Claimant in the UK Action, Petitioners are interested parties within the meaning of 28 U.S.C. § 1782.

**WHEREFORE**, Petitioner respectfully requests that the Court, for the foregoing reasons and those set forth in the Memorandum, the Declaration of James Libson, Esq., dated December 9, 2016, Declaration of Vincent Filardo, Esq., dated December 21, 2016, and exhibits thereto, issue an Order (i) granting the Petition in its entirety, (ii) compelling the Respondents to produce documents in accordance with the Subpoenas and Schedule A's thereto, and (iii) granting such other and further relief the Court deems just and necessary.

Dated: New York, New York
       December 21, 2016

                Respectfully submitted,

                MISHCON DE REYA NEW YORK LLP

                By:   */s/Vincent Filardo, Jr.*
                      Vincent Filardo, Jr.
                      (admitted *pro hac vice*)

                      156 Fifth Ave., Suite 904
                      New York, New York 10010
                      Telephone: (212) 612-3270
                      Facsimile: (212) 612-3297
                      vincent.filardo@mishcon.com

                      Edward B. MacMahon, Jr.
                      EDWARD B. MACMAHON, JR., PLC
                      2600 Pennsylvania Avenue, NW, Suite 6A
                      Washington, DC  20037
                      Telephone: 202-775-1307
                      ebmjr@macmahon-law.com

                      *Attorneys for Petitioner BSG Resources Limited*