**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

-----------------------------------------------------------x

In re Application Pursuant to 28 U.S.C. § 1782 of :
BSG RESOURCES LIMITED :
: Case No. 1:16-mc-02552-BAH
:
Petitioners, : ECF CASE
:
- to take discovery of - : DECLARATION OF
: VINCENT FILARDO, JR., ESQ.
CHARLES N. BROWER and MICHAEL DALY, : IN SUPPORT OF PETITION
: FOR AN ORDER PURSUANT
Respondents. : TO 28 U.S.C. § 1782
: COMPELLING DISCOVERY
: IN AID OF A FOREIGN
-----------------------------------------------------------x JUDICIAL PROCEEDING

I, **VINCENT FILARDO, JR.**, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following it true and correct:

1. I am an attorney licensed to practice in the State of New York. I have been admitted to practice *pro hac vice* in this Court. I am a Partner with the law firm of Mishcon de Reya New York LLP, counsel to petitioner BSG Resources Limited ("BSGR" or "Petitioner") in the above captioned proceeding. I respectfully submit this Declaration in support of the Petition for an Order Pursuant to 28 U.S.C. § 1782.

2. Annexed hereto as Exhibit A is a proposed Subpoena compelling Mr. Charles N. Brower ("Brower") to produce documents to Petitioner and appear for a deposition for the purpose of aiding discovery in connection with certain foreign civil proceedings pending in the High Court of Justice in London, United Kingdom.

3. Annexed hereto as Exhibit B is a proposed Subpoena compelling Mr. Michael Daly ("Daly") to produce documents to Petitioner and appear for a deposition for the purpose of aiding discovery in connection with certain foreign civil proceedings pending in the High Court of Justice in London, United Kingdom.

Legallus.322955.1                                                    1

4. Annexed hereto as Exhibit C is a true and correct copy of the New York State Unified Court System Attorney Detail webpage for Mr. Charles N. Brower, showing his registered address at 701 13th St., N.W., Suite 600, Washington, D.C. 20005.

5. Annexed hereto as Exhibit D is a true and correct copy of the American Society of International Law's member directory evidencing a principle place of business located at 710 13th Street, N.W., Suite 600, Washington, D.C.

6. Annexed hereto as Exhibit E is a true and correct copy of a website print out of The George Washington University Law School's website showing that Mr. Brower has a place of business located at 2000 H Street, N.W., Washington, D.C. 20052.

7. Annexed hereto as Exhibit F is a true and correct copy of a website print out of a public records search run on WestLaw that purports to show a residential address for Mr. Brower at 412 New Jersey Ave., S.E., Washington, D.C. 20003-4008.

8. Annexed hereto as Exhibit G is a true and correct copy of District of Columbia tax records evidencing Mr. Daly's ownership of 2509 17th Street, N.W., Apartment 3, Washington, D.C. 20009-5130.

9. Annexed hereto as Exhibit H is a true and correct copy of a website print out of The George Washington University Law School's website showing that Mr. Daly has a place of business located at 2000 H Street, N.W., Washington, D.C. 20052.

10. No such prior relief has been requested in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of December, 2016.

*/s/Vincent Filardo, Jr.*
Vincent Filardo, Jr.
