Case 1:16-mc-02552-BAH   Document 23-1   Filed 01/17/17   Page 1 of 5

In re Application Pursuant to 28 U.S.C. § 1782, Misc. Case No. 16-2552 (BAH)

# EXHIBIT A



# Challenge fails and witnesses arrested in Guinea bribery case

Tom Jones   05 January 2017

Buy now



Israeli police at the Wailing Wall (istock.com/Gosiek-B )

A group of mining companies linked to Israeli billionaire Beny Steinmetz has failed to unseat all three members of an ICSID tribunal hearing its US$5 billion claim against Guinea over mining rights – while a multi-jurisdictional criminal investigation has led to the arrest of Steinmetz and others who have appeared as witnesses in the case.

In a decision handed down on 28 December, an attempt by Beny Steinmetz Group Resources (BSGR) and its subsidiaries to disqualify tribunal chair **Gabrielle Kaufmann Kohler** and co-arbitrators **Albert Jan van den Berg** (http://whoswholegal.com/profiles/26248/0/van-den-berg/albert-jan-van-den-berg/) and **Pierre Mayer** was rejected by World Bank president and chairman of ICSID's administrative council **Jim Yong Kim**, to whom challenges of more than one arbitrator are submitted for consideration.

BSGR moved to disqualify the tribunal in November (http://globalarbitrationreview.com/article/1073784/icsid-panel-challenged-in-guinea-bribery-case), after it apparently refused to make certain orders during the document production phase with respect to evidence that BSGR alleges is crucial to disproving the corruption allegations against it. Kim's rejection of the challenge allows the arbitrators to resume proceedings.

The mining group first filed its claim under Guinea's domestic law on investment in 2014, seeking US$5 billion in compensation after its concession to mine iron ore at the Simandou deposit in the remote south east of the country was revoked.

A year later, the group filed a second claim asserting additional jurisdiction under an investment agreement signed with the government and seeking further damages for denial of its right to invest in infrastructure related to the project. The cases have now been consolidated.

Guinea's revocation of the mining concession came in the wake of a government review that concluded that BSGR had obtained mining permits from Guinea's former president Lansana Conté through corruption. Those conducting the review relied in part on a covert FBI recording of a meeting in 2013, in which former BSGR lobbyist Frédéric Cilins is alleged to have offered one of Conté's widows, Mamadie Touré, a bribe to destroy incriminating documents.

In 2014, a US court sentenced Cilins to two years' imprisonment after he pleaded guilty to obstructing a federal investigation.

BSGR has condemned the Guinean government review as a "deeply-flawed process based on unreliable and untested evidence". The company alleges that its mining rights were only revoked so that they could be awarded to political allies of Guinea's current president, Alpha Condé.

Last month, Steinmetz and BSGR's president Asher Avidan – who have both appeared as claimant witnesses in the arbitration – were arrested by Israeli authorities , following an investigation carried out in cooperation with law enforcement officials from the US, Switzerland and Guinea into the Simandou mine allegations.

According to *The Guardian*, Israeli officials travelled to Florida as part of their investigation, where they are thought to have interviewed Touré about her meeting with Cilins.

Following court appearances, both men were released from prison but kept under house arrest. In a statement, Steinmetz's representatives said he was now "free of all legal restrictions" and no longer had criminal charges laid against him – but this could not be independently verified.

"Mr Steinmetz has fully co-operated with the Israeli authorities, and will continue to do so if and when required," the statement read.

Guinea's former minister of mines Mahmoud Thiam, who has also appeared in the arbitration as a witness for the claimants, was arrested in New York last month on separate charges. He is accused of having laundered US$8.5 million in bribes that he accepted from a Chinese conglomerate in return for valuable rights in mining and other sectors.

In court, Thiam's lawyer **Andrew Solomon** labelled the allegations "quite ancient" and "nothing other than a lot of smoke".

*GAR* understands that this may be the first time in investment arbitration history that witnesses, executives and beneficial owners of the investor are arrested not by the host state, but by other states cooperating in a multi-jurisdictional criminal investigation.

Guinea is represented by Paris-based teams from DLA Piper and Orrick Rambaud Martel, while **Karel Daele** of Mishcon de Reya in London is lead counsel to BSGR. Neither side responded to requests for comment.

*BSG Resources Limited, BSG Resources (Guinea) Limited and BSG Resources (Guinea) SÀRL v Republic of Guinea* (ICSID Case No. ARB/14/22)

Tribunal

- **Gabrielle Kaufmann-Kohler** (Switzerland) (Chair)
- (http://whoswholegal.com/profiles/26248/0/van-den-berg/albert-jan-van-den-berg/)**Albert Jan van den Berg** (http://whoswholegal.com/profiles/26248/0/van-den-berg/albert-jan-van-den-berg/) (Netherlands) (appointed by BSGR)
- **Pierre Mayer** (France) (appointed by Guinea)

Counsel to BSGR

- Mishcon de Reya

    Partners **Karel Daele** (http://globalarbitrationreview.com/profiles/52941/0/daele/karel-daele/), **James Libson** and associates **Zachary Segal** and **Heidrun Walsh** in London

Counsel to Guinea

- Orrick Rambaud Martel

    Partners **Laurent Jaeger**, **Pascal Agboyibor** and **Noël Chahid-Nouraï** with associate **Yann Schneller** in Paris

- DLA Piper

    Partner **Michael Ostrove,** counsel **Théobald Naud** and senior associate **Sârra-Tilila Bounfour** in Paris, with counsel **Scott Horton** in London

News, Investment Arbitration

---

Comments Add your comment

**Add Your Comment**

Anonymous ☐
Your Name [Your Name]
Your e-mail address
[Email Address]
Your Comment title [Comment title]

Your Comment: Please place comments here

I'm not a robot — reCAPTCHA (Privacy - Terms)

By submitting a comment you agree to abide by our terms & conditions

Submit your Comment