In re Application Pursuant to 28 U.S.C. § 1782, Misc. Case No. 16-2552 (BAH)

# EXHIBIT F
# FILED UNDER SEAL