Case 1:16-mc-02552-BAH   Document 23-10   Filed 01/17/17   Page 1 of 1

In re Application Pursuant to 28 U.S.C. § 1782, Misc. Case No. 16-2552 (BAH)

# EXHIBIT J
# FILED UNDER SEAL