UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION PURSUANT TO 28 U.S.C. § 1782<br><br>BSG RESOURCES LIMITED,<br><br>        Petitioner,<br><br>        v.<br><br>CHARLES N. BROWER and MICHAEL DALY,<br><br>        Respondents | Misc. Case No. 16-2552 (BAH)<br><br>Chief Judge Beryl A. Howell |

**DECLARATION OF JONATHAN I. BLACKMAN IN OPPOSITION TO
THE PETITION OF BSG RESOURCES LTD FOR DISCOVERY
IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782**

1.    I am an attorney licensed to practice law in the State of New York and a member of the law firm Cleary Gottlieb Steen & Hamilton LLP.  On December 21, 2016, this Court entered an order granting my application to appear *pro hac vice* as counsel to Vale S.A. ("Vale") in the above-captioned case.  I respectfully submit this Declaration and the attached Exhibits in support of Vale's Opposition to the Petition of BSG Resources Ltd. ("BSGR") for an Order Compelling Discovery in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 (the "Petition").

2.    ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

3.    Attached hereto as Exhibit B is a true and correct copy of the Superseding Information in *United States v. Cilins*, No. 13-Crim-315 (WHP) (S.D.N.Y.), dated March 10, 2014.

4. Attached hereto as Exhibit C is a true and correct copy of the Plea Hearing Transcript in *United States v. Cilins*, No. 13-Crim-315 (WHP) (S.D.N.Y.), dated March 10, 2014.

5. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

6. Attached hereto as Exhibit E is the true and correct copy of Motion for Release on Bail in *State of Israel v. Steinmetz*, Crim. File 323129-2015 (Magis. Ct. in Rishon Lezion), dated December 19, 2016.

7. Attached hereto as Exhibit F is a true and correct copy of the Motion for Release on Bail in *State of Israel v. Steinmetz*, Crim. File 323129-2015 (Magis. Ct. in Rishon Lezion), dated December 20, 2016.

8. Attached hereto as Exhibit G is a true and correct copy of the Bail Hearing Transcript in *State of Israel v. Steinmetz*, Crim. File 323129-2015 (Magis. Ct. in Rishon Lezion), dated December 19, 2016.

9. Attached hereto as Exhibit H is a true and correct copy of the Bail Hearing Transcript in *State of Israel v. Steinmetz*, Crim. File 323129-2015 (Magis. Ct. in Rishon Lezion), dated December 20, 2016.

10. Attached hereto as Exhibit I is a true and correct copy of *Billionaire Beny Steinmetz Released from Israel House Arrest*, published by Reuters on January 4, 2017.

11. Attached hereto as Exhibit J is a true and correct copy of *Rio Tinto Rival Beny Steinmetz Released from House Arrest in Israel*, by Peter Ker, published by the Australian Financial Review on January 5, 2017.

12. Attached hereto as Exhibit K is a true and correct copy of *Israel Police Place Lien on Luxury Homes Owned by Billionaire Beny Steinmetz*, by Jasmin Gueta, published in Haaretz on December 26, 2016.

13. Attached hereto as Exhibit L is a true and correct copy of the Criminal Complaint in *United States v. Thiam*, No. 16-MJ-7960 (S.D.N.Y), dated December 12, 2016.

14. Attached hereto as Exhibit M is a true and correct copy of the Bail Hearing Transcript in *United States v. Thiam*, No. 16-MJ-7960 (S.D.N.Y.), dated December 13, 2016.

15. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

16. ████████████████████████████████████████████████████████████████████████████

17. Attached hereto as Exhibit P is a true and correct copy of the Decision on the Proposal to Disqualify all Members of the Arbitral Tribunal in *BSG Resources Limited, BSG Resources (Guinea) Limited and BSG Resources (Guinea) SARL v. Republic of Guinea*, ICSID Case No. ARB/14/22, dated December 28, 2016.

18. ████████████████████████████████████████████████████████████████████

19. ████████████████████████████████████████████████████████████████████████████

redacted page

20. █████████████████████████████████████
████████████████████████████████

21. █████████████████████████████████████
██████████████████████████████

22. █████████████████████████████████████
█████████████████████████████

23. ████████████████████████████
█████████████████████████████████████
███████████████████

24. █████████████████████████████████████
█████████████████████████████████████
████████████████████

25. █████████████████████████████████████
█████████████████████████████████████████
███████████████

26. ████████████████████████████████
███████████████████████████████

27. █████████████████████████████████████████
████████████████████████████

28. ████████████████████████████████
██████████████████████████

29. ██████████████████████████████████
████████████████████████████

30. █████████████████████████████████████████
████████████████████████████

31. █████████████████████████████████████████
████████████████████████

32. █████████████████████████████████████████
██████████████████████████████

33. █████████████████████████████████████████
█████████████████████████████████████████
█████████████████████████████████████████
████████████████████

34. █████████████████████████████████████████
██████████████████████

35. █████████████████████████████████████████
█████████████████████████████████████████
██████████████

36. █████████████████████████████████████████
████████████████████████████████

37. █████████████████████████████████████████
██████████████████████████

38. █████████████████████████████████████████
██████████████████████████████

39. █████████████████████████████████████████
███████████████████████

40.  ████████████████████████████████████████████████

████████████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed:   New York, New York
            January 17, 2017

/s/ Jonathan I. Blackman
JONATHAN I. BLACKMAN