# EXHIBIT F

*TRANSLATION*

*42831-12-16*

Israel [Emblem of Israel Police] Police

[Stamp]
Magistrates' Court
Rishon Lezion
December 20, 2016
Received / [illegible]

**Motion for Release on Bail**

Attn:
Magistrates' Court, Rishon Lezion

Unit: National Fraud Investigation Unit
Date: December 20, 2016
Criminal File: 323129-2015

**Suspect's information:**

| Serial No. | Identity No. | Last name | First name | Father's name | Date of birth | Address |
|---|---|---|---|---|---|---|
| 1 | 068507003 | Avidan | Asher | Avraham | May 26, 1962 | 54/9 Pinkas St., Tel Aviv |

**Local jurisdiction:**

☐ The offense was committed in whole or in part within the jurisdiction of this court.
☒ The unit in charge of investigating the offense is within the jurisdiction of this court.
☐ The person is in custody in the jurisdiction of this court and he cannot be brought to the aforementioned court due to the following special reasons:

**Details of the offenses:**

1. Bribing a foreign public official – an offense under Section 291A of the Penal Law, 5737-1977.
2. Prohibition on money laundering – an offense under Section 3 of the Prohibition on Money Laundering Law, 5760-2000.

**The facts constituting the basis for the suspicion against the suspect:**

1. An extensive investigation is being conducted by the National Fraud Investigation Unit with respect to bribing a foreign public official and money laundering.
2. According to the investigation material, the bribe of tens of millions of dollars was given to the former president of Guinea and his wife and others, by BSGR, in exchange for the concession to mine iron in Guinea, which has yielded profits of hundreds of millions of dollars.
3. The suspect is directly related to the conducts subject of the offenses as specified in the attached report.
4. The aforementioned suspicions relate to the period of time between 2006 and 2012.

**Reasons for the arrest (pursuant to the alternatives in Sections 13 and 14 of the Criminal Procedures Law – Arrests) with respect to the suspect:**

There is reasonable concern that the suspect has committed an offense that is not a misdemeanor and –

☒ There is reason to believe that releasing the suspect or not detaining him will lead to disruption of the investigation or trial process, to evasion of the investigation, judicial proceedings or serving a prison sentence, or will lead to concealing assets, influencing witnesses or impairing evidence in another manner.
☐ There is reason to believe that the suspect will endanger the security of a person, the security of the public, or the security of the state.
☐ There are special reasons for the need to employee investigation processes that can only be conducted when the suspect is in custody.

**Privileged material is attached hereto (for the attention of the judge only)**

Remand for the purpose of performing investigative actions, which are set forth in the confidential report, and for the reasons set forth above.
I do not object to his [their] release on bail and I request to make it conditional upon the following:
☒ Reporting to the police as required.
☒ Handing over the passport. ☒ **Other, please specify:**

1. 14 days of full house arrest at his home at 54/9 Pinkas Street, Tel Aviv.
2. No contact with anyone involved in the case for 180 days.
3. No entry to the office (Medinat Hayehudim) for 30 days.
4. Deposit of money/bank guarantee at a total of NIS 1 million.
5. A third party bank guarantee - NIS 8 million.
5. Stay of exit for 180 days and deposit of all passports with the police.

**Superintendent Adv. Ariel Friedman**
**Head of the National Fraud Investigation Unit**

49831-12-16.

משטרת ישראל

בית משפט השלום
בראשון לציון
20-12-2016

**בקשה לשחרור בערובה**

לכבוד
בית משפט השלום בראשל״צ

היחידה : יאח״ה
תאריך : 20/12/2016
תיק : פל״א 323129-2015

**פרטי החשוד:**

| מס״ד | מסי זהות : | משפחה : | שם פרטי : | שם האב : | ת. לידה : | מען : |
|---|---|---|---|---|---|---|
| 1 | 068507003 | אבידן | אשר | אברהם | 26.5.62 | פנקס 54/9 ת״א |

**סמכות מקומית:**

☐ העבירה נעברה כולה או מקצתה, בתחום השיפוט של בית משפט זה.

☒ היחידה הממונה על חקירת העבירה נמצאת בתחום השיפוט של בית משפט זה.

☐ האדם עצור באזור שיפוטו של בימ״ש זה ולא ניתן להביאו לבית המשפט כאמור לעיל עקב נסיבות מיוחדות כדלקמן :

**פרטי העבירות:**

1. מתן שוחד לעובד ציבור זר– עבירה לפי סע׳ 291א לחוק העונשין, התשל״ז – 1977.
2. איסור הלבנת הון – עבירה לפי סע׳ 3 לחוק איסור הלבנת הון, התש״ס – 2000.

**העובדות המהוות בסיס לחשד כנגד החשוד:**

1. ביאח״ה מתנהלת חקירה רחבת היקף בחשד של מתן שוחד לעובד ציבור זר והלבנת הון.
2. על פי חומר החקירה, השוחד בשווי עשרות מיליוני דולרים ניתן לנשיא גינאה לשעבר ולאשתו וכן לאחרים, על-ידי חברת BSGR וזאת בתמורה לקבלת זיכיונות כריית ברזל בגינאה שהניבו רווח של מאות מיליוני דולרים.
3. החשוד קשור באופן ישיר למעשים נשוא העבירות כמפורט בדו״ח המצורף.
4. המעשים האמורים מתייחסים לתקופה שבין 2006 ל-2012.

**עילת המעצר (לפי החלופות בסעיפים 13 ו - 14 לחסד״פ - מעצרים) כלפי החשוד :**

קיים חשד סביר שהחשוד עבר עבירה, שאיננה חטא וכן -

☒ קיים יסוד סביר לחשש ששחרור החשוד או אי-מעצרו יביא לשיבוש הליכי חקירה או משפט, להתחמקות מחקירה מהליכי שפיטה או מריצוי עונש מאסר, או יביא להעלמת רכוש, להשפעה על עדים או לפגיעה בראיות בדרך אחרת;

☐ קיים יסוד סביר לחשש שהחשוד יסכן את בטחונו של אדם, את בטחון הציבור או את בטחון המדינה;

☐ קיימים נימוקים מיוחדים לצורך לנקוט הליכי חקירה שלא ניתן לקיימם אלא כשהחשוד נתון במעצר.

**<u>מצ״ב בזה חומר חסוי (לידי השופט בלבד)</u>**

ימים, לצורך ביצוע פעולות החקירה, המפורטות בדו״ח הסודי, ומהעילות שפורטו לעיל.

אינני מתנגד לשחרורו (ם) בערובה ואבקש להתנותו בתנאי(ים) כדלקמן:

☒ התייצבות במשטרה לפי דרישה

☒ הפקדת דרכון ☒ **אחר, פרט:**

1. **14 ימי מעצר בית מלא בביתו ברח' פנקס 54/9 ת״א.**
2. **אי יצירת קשר עם כל המעורבים בפרשה למשך 180 ימים.**
3. **הרחקה מהמשרד (מדינת היהודים) למשך 30 יום.**
4. **הפקדה כספית/ערבות בנקאית בסך של 1,000,000 ₪ .**
5. **ערבות צד ג' – 8,000,000 ₪.**
6. **עיכוב יציאה מן הארץ למשך 180 יום והפקדת כול הדרכונים במשטרה.**

**רפ״ק אריאל פרידמן, עו״ד**

**ר' מחלק, יאח״ה**