**EXHIBIT G**

*TRANSLATION*

Translated from the Hebrew

Legaltrans.com | Rina Ne'eman



**Magistrates' Court in Rishon Lezion**

**Remand File 39705-12-16 State of Israel v. Steinmetz**          **December 19, 2016**

                                                                  **Criminal File No. 323129/2015**

**Before the Honorable Judge Amit Michles**

**Petitioners**              **State of Israel**

                                              **v.**

**Suspect**                  **Benjamin Steinmetz, Identity No. 054010731**

**Present:**
**Counsel for the Petitioner, Superintendent Adv. Ariel Friedman**
**Counsel for the Suspect, Adv. Yuval Sasson**
**The Suspect was not present**

## Transcript

**Counsel for the suspect:**

I request to hold the hearing in the absence of the suspect because we have reached an agreement on his release. I have informed the suspect of the agreed conditions for his release. In order to save time, we requested that he not be present today.

## Counsel for the parties:

We have reached an agreement whereby the suspect will be freed under the following terms:

1. Full house arrest until January 2, 2017 at 2:00 p.m., at his home at 21 Mul Hayam Street, Arsuf, without supervision.

2. Contact with anyone involved in the case for 180 days from this day is prohibited.

3. No entry to his office at 85 Medinat Hayehudim Street, Herzliya, for 30 days from this day.

4. An order of stay of exit from Israel for 180 days. His French and Israeli passports have been deposited [with the police]. Approval to leave the country will be given by advance coordination with the investigating unit.

5. He will report for investigation, trial and serving a prison sentence at any time that may be required.

**CGS&H p. 1**

Translated from the Hebrew
Legaltrans.com | Rina Ne'eman

To secure these terms:

1.  A liquid monetary deposit in the amount of NIS 50 million and another NIS 50 million in property. An extension will be given until December 22, 2016 at 3:00 p.m.

## Decision

The agreement of the parties is hereby given force of judgment.

If the suspect does not comply with the terms, he will be brought before the judge on duty by tomorrow, December 20, 2016 at 10:00 a.m.

If the suspect should violate any of the terms or not fulfill all the terms that have been set forth, he will be arrested and brought before a judge within 24 hours.

Counsel for the suspect will ascertain that the suspect has understood the terms of release that have been agreed upon by the parties.

**Given and notified this day, 19 Kislev, 5777, December 19, 2016, in the presence of the parties.**


[Signature]
_____

**Amit Michles, Judge**


**Counsel for the suspect:**
The suspect is cooperating with the investigators, and he is cooperating with the investigation. He claims that he is innocent.
Transcribed by Nofar Hershkovitz

**CGS&H p. 2**



**בית משפט השלום בראשון לציון**

**19 דצמבר 2016**   מ״י 16-12-39705 מדינת ישראל נ׳ שטיינמיץ

מספר פל״א 323129/2015

**לפני כבוד השופט עמית מיכלס**

**המבקשים**   מדינת ישראל

**נגד**

**החשוד**   בנימין שטיינמיץ ת.ז.  054010731

נוכחים:
ב״כ המבקשת, רפ״ק עו״ד אריאל פרידמן
ב״כ החשוד, עו״ד יובל ששון
החשוד לא נוכח

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | **פרוטוקול** |
| 4 | |
| 5 | <u>ב״כ החשוד:</u> |
| 6 | אני מבקש לקיים את הדיון בהעדר החשוד מאחר שהגענו להסכמה לשחרור, הודעתי לחשוד על תנאי |
| 7 | השחרור המוסכמים. בכדי לחסוך בזמן ביקשנו שלא יתייצב היום. |
| 8 | |
| 9 | <u>ב״כ הצדדים:</u> |
| 10 | הגענו להסכמה לפיה החשוד ישוחרר בתנאים הבאים: |
| 11 | |
| 12 | 1.   מעצר בית מלא עד יום 2.1.2017 בשעה 14:00 בביתו ברח׳ מול הים 21 ארסוף, ללא פיקוח. |
| 13 | |
| 14 | 2.   הרחקה ואיסור יצירת קשר עם כל המעורבים בפרשה למשך 180 יום מהיום. |
| 15 | |
| 16 | 3.   הרחקה ממשרדו ברחוב מדינת היהודים 85 הרצליה למשך 30 יום מהיום. |
| 17 | |
| 18 | 4.   צו עיכוב יציאה מן הארץ למשך 180  יום. הדרכון הצרפתי והישראלי הופקדו. אישור יציאה |
| 19 | מהארץ יתאפשר בתיאום מראש עם היחידה החוקרת. |
| 20 | |
| 21 | 5.   התייצבות לחקירה, למשפט ולריצוי העונש בכל עת שיידרש. |

1



**בית משפט השלום בראשון לציון**

**19 דצמבר 2016**                                    **מ״י 16-12-39705 מדינת ישראל נ׳ שטיינמיץ**

1
2
3
4                                                       להבטחת התנאים :
5
6        .1    הפקדה כספית בסך 50 מיליון ₪ נזיל ועוד 50 מיליון ₪ בנכסים. תינתן אורכה עד ליום
7              22.12.16 בשעה 15:00.
8
9
10                                                                                      <R24>
11                                                   **החלטה**
12
13
14                                      ניתן בזאת תוקף של החלטה להסכמת הצדדים.
15
16        לא יעמוד החשוד בתנאים ייעצר ויובא עד מחר 20.12.16 — שעה 10:00 בפני שופט תורן.
17
18    יפר החשוד תנאי מן התנאים או לא ימלא אחר כל התנאים שנקבעו ייעצר ויובא בפני שופט בתוך 24
19        שעות.
20
21        ב״כ החשוד יוודא שהחשוד הבין את תנאי השחרור עליהם הוסכם בין הצדדים.
22
23                                                                                      <# #>
24
25    **ניתנה והודעה היום י״ט כסלו תשע״ז, 19/12/2016 במעמד הנוכחים.**
26

_____
        **עמית מיכלס , שופט**

27
28
29    **ב״כ החשוד:**
30    החשוד משתף פעולה עם חוקריו, משתף פעולה עם החקירה. טוען לחפותו.
31    הוקלד על ידי נופר הרשקוביץ

2