# EXHIBIT H

*TRANSLATION*

Translated from the Hebrew



### Magistrates' Court in Rishon Lezion

**Remand File 42831-12-16 State of Israel v. Steinmetz**          **December 20, 2016**

**Criminal File No. 323129/2015**

**Before the Honorable Judge Amit Michles**

**Petitioners**          **State of Israel**

**v.**

**Suspect**          **Asher Avidan, Identity No. 068507003**

**Present:**
**Counsel for the Petitioner, Superintendent Adv. Ariel Friedman**
**Counsel for the Suspect, Adv. Daniel Einav, from Eitan Maoz Law Office**
**The Suspect was not present**

### Transcript

**Counsel for the suspect:**

I request to hold the hearing in the absence of the suspect because we have reached an agreement on his release. The conditions were explained to the suspect. In any case, I will inform him again of the agreed conditions for his release.

**Counsel of the Petitioners:**

Leave to the court's discretion.

### Counsel for the parties:

We have reached an agreement whereby the suspect will be freed under the following terms:

1.  Full house arrest until January 2, 2017 at 2:00 p.m., at his home at 54/9 Pinkas Street, Tel Aviv. The suspect will be allowed to attend meetings in his attorney's office, coordinated in advance with the investigating unit. .

2.  Contact with anyone involved in the case for 180 days from this day is prohibited. Should a request to contact a specific person be submitted, the issue will be examined by the petitioners on a case-by-case basis.

1

Translated from the Hebrew

3.    No entry to his office at 85 Medinat Hayehudim Street, Herzliya, for 30 days from this day.

4.    An order of stay of exit from Israel for 180 days. His French and Israeli passports will be deposited with the offices of the investigating unit by tomorrow 21.12.2016 at 2:00 pm.. Approval to leave the country will be given by advance coordination with the investigating unit.

5.    He will report for investigation, trial and serving a prison sentence at any time that may be required.

To secure these terms:

1. A monetary deposit or a bank guarantee in the amount of NIS 1 million.

2. A Third party guarantee in the amount of NIS 8 million, that shall be signed by a person with financial ability.

An extension will be given until December 23, 2016 at 10:00 a.m.

## <u>Decision</u>

The agreement of the parties is hereby given force of judgment.

If the suspect does not comply with the terms, he will be brought before the judge on duty by tomorrow, December 21, 2016 at 10:00 a.m.

If the suspect should violate any of the terms or not fulfill all the terms that have been set forth, he will be arrested and brought before a judge within 24 hours.

Counsel for the suspect will notify the suspect regarding the terms of release that have been agreed upon by the parties.

**Given and notified this day, 20 Kislev, 5777, December 20, 2016, in the presence of the parties.**

[Signature]

_____

**Amit Michles, Judge**

Transcribed by Yifat Shlomov

**CGS&H p. 2**



**בית משפט השלום בראשון לציון**

20 דצמבר 2016                                  מ״י 16-12-42831 מדינת ישראל נ׳ אבידן

לפני כבוד השופט עמית מיכלס

המבקשים                          מדינת ישראל

נגד

החשוד                     אשר אבידן ת.ז.  068507003

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | **נוכחים:** |
| 4 | נציג המבקשת עו״ד אריאל פרידמן |
| 5 | החשוד לא הועלה |
| 6 | ב״כ החשוד עו״ד דניאל עינב ממשרד עו״ד איתן מעוז |
| 7 | |
| 8 | **פרוטוקול** |
| 9 | |
| 10 | **ב״כ החשוד:** |
| 11 | אנו מבקשים לקיים את הדיון בהעדרו של החשוד מאחר שהגענו להסכמה לשחרור. התנאים הובהרו |
| 12 | לחשוד. מכל מקום אודיע לו פעם נוספת על תנאי השחרור. |
| 13 | |
| 14 | **ב״כ המבקשת:** |
| 15 | משאיר לשיקול דעת בית המשפט. |
| 16 | |
| 17 | **ב״כ הצדדים:** |
| 18 | הגענו להסכמה לפיה החשוד ישוחרר בתנאים הבאים : |
| 19 | |
| 20 | 1. מעצר בית מלא עד ליום 2.1.17 בשעה14:00  בביתו ברח׳ פנקס 54/9 תל אביב. יותר לחשוד |
| 21 | לצאת לפגישות במשרדי ב״כ בתיאום מראש עם היחידה החוקרת. |
| 22 | |
| 23 | 2. הרחקה ואיסור יצירת קשר עם המעורבים בתיק למשך 180 יום. ככל שתוגש בקשה לאפשר |
| 24 | יצירת קשר עם אדם כזה או אחר העניין יבדק על ידי המבקשת לגופו של אדם. |
| 25 | |
| 26 | 3. הרחקה מהמשרד ברח׳ מדינת היהודים 85 למשך 30 יום. |

1



**בית משפט השלום בראשון לציון**

**20 דצמבר 2016**  מ"י 16-12-42831 מדינת ישראל נ' אבידן

1

2  .4   צו עיכוב יציאה מן הארץ למשך 180 יום. החשוד יפקיד את דרכונו הישראלי והצרפתי

3  במשרדי היחידה החוקרת עד מחר 21.12.16 בשעה 14:00.

4

5  .5   התייצבות לחקירה, למשפט ולריצוי העונש בכל עת שיידרש.

6

7  להבטחת התנאים:

8

9  .1   הפקדה כספית או ערבות בנקאית בסך 1,000,000 (מליון ₪).

10

11  .2   ערבות צד ג' בסך 8,000,000 ₪ שתחתם על ידי אדם בעל יכולת כלכלית.

12

13  תינתן אורכה להפקדה הכספית ולחתימה על ערבות צד ג' עד ליום 23.12.16 בשעה 10:00.

14
15
16  **<u>החלטה</u>**

17  נותן תוקף של החלטה להסכמה בין הצדדים.

18

19  לא יעמוד החשוד בתנאים ייעצר ויובא עד מחר – 21.12.16 שעה 10:00 בפני שופט תורן.

20

21  יפר החשוד תנאי מן התנאים או לא ימלא אחר כל התנאים שנקבעו ייעצר ויובא בפני שופט בתוך 24

22  שעות.

23

24  **<u>ב"כ החשוד תודיע לחשוד על תנאי השחרור עליהם הוסכם בין הצדדים.</u>**
25
26
27  **ניתנה והודעה היום כ' כסלו תשע"ז, 20/12/2016 במעמד הנוכחים.**

28

_____

**עמית מיכלס , שופט**

29

30  הוקלד על ידי יפעת שלומוב

2