**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
-------------------------------------------------------------x

In re Application Pursuant to 28 U.S.C. § 1782 of :
**BSG RESOURCES LIMITED**                          :     **Case No. 1:16-mc-02552-BAH**
                                               :
                                               :
                           **Petitioner,**       :
                                               :
      **- to take discovery of -**              :     **ECF Case**
                                               :
**CHARLES N. BROWER and MICHAEL DALY,** :
                                               :
                         **Respondents.**        :
                                               :
-------------------------------------------------------------x

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

      BSG Resources Limited, Petitioner, by counsel, hereby gives notice, pursuant to Rule 41

(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that this action is dismissed with prejudice.

No opposing party has filed an answer or a motion for summary judgment.

Dated: New York, New York
      January 24, 2017

                    Respectfully submitted,

                    MISHCON DE REYA NEW YORK LLP

                    By:  */s/Vincent Filardo, Jr.*
                        Vincent Filardo, Jr. (admitted *pro hac vice*)

                    156 Fifth Ave., Suite 904
                    New York, New York 10010
                    Telephone: (212) 612-3270
                    vincent.filardo@mishcon.com

                    Edward B. MacMahon, Jr.
                    EDWARD B. MACMAHON, JR., PLC
                    2600 Pennsylvania Avenue, NW, Suite 6A
                    Washington, DC   20037
                    Telephone:  202-775-1307
                    ebmjr@macmahon-law.com

                    *Attorneys for Petitioner BSG Resources Limited*

CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By: _____ /s/ _____
Vincent Filardo, Jr. (admitted *pro hac vice)*
156 Fifth Avenue., Suite 904
New York, NY 10010
Telephone: (212) 612-3270
Vincent.Filardo!mishcon.com
*Attorneys for Petitioner BSG Resources Limited*