## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Application Pursuant to 28 U.S.C. § 1782 | Misc. Case No. 16-2552 (BAH) |
| BSG RESOURCES LIMITED | Chief Judge Beryl A. Howell |
| Petitioner, | |
| v. | |
| CHARLES N. BROWER and MICHAEL DALY | |
| Respondents. | |

## RESPONDENTS' MOTION FOR ATTORNEY'S FEES AND COSTS, OR IN THE ALTERNATIVE, MOTION FOR RELIEF FROM ORDER PURSUANT TO RULE 60

Pursuant to D.C. Code 16-4414(d) and Federal Rule of Civil Procedure 45, Respondents respectfully move for an award of attorneys' fees and costs reasonably incurred in the above-captioned matter. Alternatively, pursuant to Federal Rule of Civil Procedure 60(b), Respondents move for Relief from the Court's Minute Order dismissing this matter pursuant to Petitioner's Notice of Voluntary Dismissal. Respondents submit the accompanying memorandum of points and authorities, with attached exhibits, in support of this motion.

February 2, 2017

Respectfully Submitted,

/s/ Lindsay C. Harrison
Lindsay C. Harrison (No. 977407)
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel: 202-639-6000
lharrison@jenner.com

Lawrence S. Schaner*

1

JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Tel: 312-222-9350
lschaner@jenner.com

*Admitted pro hac vice*

*Counsel for Respondents*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 2, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia via the CM/ECF system, which shall send service to all counsel of record.

/s/ Lindsay C. Harrison  
Lindsay C. Harrison
