**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re Application Pursuant to 28 U.S.C. § 1782 | Misc. Case No. 16-2552 (BAH) |
| BSG RESOURCES LIMITED | Chief Judge Beryl A. Howell |
|       Petitioner, | |
| v. | |
| CHARLES N. BROWER and MICHAEL DALY | |
|       Respondents. | |

**[PROPOSED] ORDER GRANTING RESPONDENTS' MOTION FOR**
**ATTORNEY'S FEES AND COSTS**

Upon consideration of Respondents' Motion for Attorney's Fees and Costs, Respondents' motion is **GRANTED.**  It is hereby

**ORDERED** that Respondents shall file an affidavit itemizing and attesting to the reasonableness of their fees and costs within ten business days of this Order.

**ORDERED** that Petitioner shall file any objections to Respondents' fees and costs within ten business days of Respondents' submission of proof.

**SO ORDERED**

Signed this __ day of February, 2017.

_____
BERYL A. HOWELL

## NAMES OF ATTORNEYS TO BE SERVED WITH PROPOSED ORDER

Pursuant to Local Rule 7(k), Respondents submit that the following attorneys are entitled to be notified of the entry of the proposed order:

Vincent Filardo, Jr.
Mishcon De Reya New York, LLP
156 Fifth Avenue
Suite 904
New York, NY 10010

Edward B. MacMahon, Jr.
P.O. Box 25
107 East Washington Street
Middleburg, VA 20118

Lindsay C. Harrison
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001

Jonathan I. Blackman
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Matthew David Slater
Cleary, Gottlieb, Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006